UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IRENE GONZALEZ,

    Plaintiff,

CASE NO.: 6:26-CV-423

vs.

LUXEGUARD & CO, LLC,
LUXEGUARD ORLANDO LLC, AND
SHIRLEY SAENZ,

    Defendants.
_____/

## PLAINTIFF'S DESIGNATION OF LEAD COUNSEL

Plaintiff, Irene Gonzalez, pursuant to M.D. Fla. Local Rule 2.02, hereby notifies the Court and all parties that Brian H. Pollock, Esq., of FairLaw Firm is designated as Plaintiff's lead counsel.

Respectfully submitted this 23rd day of February 2026,

    Brian H. Pollock, Esq.
    Brian H. Pollock, Esq.
    Fla. Bar No. 174742
    brian@fairlawattorney.com
    FAIRLAW FIRM
    135 San Lorenzo Avenue
    Suite 770
    Coral Gables, FL 33146
    Tel:   305.230.4884
    *Counsel for Plaintiff*