UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IRENE GONZALEZ,

      Plaintiff,

v.                                       Case No.: 6:26-cv-423-AGM-LHP

LUXEGUARD & CO, LLC,
LUXEGUARD ORLANDO LLC, and
SHIRLEY PAULIN SAENZ,

      Defendants.

## ORDER

This case is hereby referred to the Magistrate Judge for case management, ruling on all non-dispositive motions, and the issuance of Report and Recommendations on dispositive motions.

**DONE and ORDERED** in Chambers, in Orlando, Florida on February 24, 2026.

*[signature]*

ANNE LEIGH GAYLORD MOE
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

1