UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IRENE GONZALEZ,

        CASE NO.: 6:26-CV-423- MOE/HOFFMAN

    Plaintiff,

vs.

LUXEGUARD & CO, LLC,
LUXEGUARD ORLANDO LLC, and
SHIRLEY SAENZ,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF FILING RETURN OF SERVICE
ON DEFENDANT, LUXEGUARD & CO, LLC**

Plaintiff, Irene Gonzalez, files the Return of Service on Defendant, Luxeguard & Co, LLC (served on March 2, 2026).

Dated this 5th day of March 2026.

        s/*Samuel G. Gonzalez, Esq.*
        Brian H. Pollock, Esq. (174742)
        brian@fairlawattorney.com
        Samuel G. Gonzalez, Esq. (1011323)
        samuel@fairlawattorney.com
        FAIRLAW FIRM
        135 San Lorenzo Avenue, Suite 770
        Coral Gables, Florida 33146
        Tel:   305.230.4884
        *Counsel for Plaintiff*