# VERIFIED RETURN OF SERVICE

Job # MIA29712

### Client Info:
FairLaw Firm
135 San Lorenzo Ave, Suite 770
Coral Gables, FL  33146

### Case Info:

**PLAINTIFF:**
IRENE GONZALEZ
 -versus-
**DEFENDANT:**
LUXEGUARD & CO, LLC

U.S.D.C. FOR THE MIDDLE DISTRICT OF FLORIDA

Court Case # **6:26-CV-423-AGM-LHP**

### Service Info:

**Received by Pamela Bateman:** on February, 26th 2026 at **04:25 PM**
**Service:** I Served **LUXEGUARD & CO, LLC c/o Shirley Saenz, its Registered Agent**
With: **SUMMONS; COMPLAINT FOR FLSA OVERTIME WAGE VIOLATION(S)**
by leaving with **BIANCA VARGAS, EMPLOYEE OF REGISTERED AGENT COMPANY**

**At BUSINESS 697 N SEMORAN BOULEVARD SUITE C ORLANDO, FL 32807**
Latitude: **28.554563**,   Longitude: **-81.310682**

On **3/2/2026** at **11:15 AM**
**Manner of Service: CORPORATE**
CORPORATE SERVICE: F.S. 48.081 (1)(a)(b)(c)(d), (2) or (3)

### Served Description:  (Approx)

Age: **35**, Sex: **Female**, Race: **Hispanic**, Height: **5' 7"**, Weight: **130**, Hair: **Black** Glasses: **No**

I **Pamela Bateman** acknowledge that I am 18 years or older, authorized to serve process, in good standing in the jurisdiction wherein the process was served, and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.



_____
**Pamela Bateman**
Lic # **638**

**ACCURATE SERVE PLANTATION**
151 N NOB HILL ROAD SUITE 254
Plantation, FL 33324

Client # Irene Gonzalez vs. Luxeguard & Co, LLC,
Luxeguard Orlando LLC, and Shirley Saenz - Case No.
6:26-CV-
Ref # ORL260642




1 of 1

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| IRENE GONZALEZ<br><br>*Plaintiff(s)*<br>v.<br>LUXEGUARD & CO, LLC,<br>LUXEGUARD ORLANDO LLC, and<br>SHIRLEY PAULIN SAENZ<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 6:26-CV-423 -AGM-LHP<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  LUXEGUARD & CO, LLC
c/o Shirley Saenz, its Registered Agent
697 N Semoran Boulevard
Suite C
Orlando, Florida 32807

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Samuel G. Gonzalez, Esq.
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
Tel: (305) 230-4884
samuel@fairlawattorney.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

ErinLAutry

Date: February 24, 2026

*Signature of Clerk or Deputy Clerk*