UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IRENE GONZALEZ,

            CASE NO.: 6:26-CV-423- MOE/HOFFMAN

 Plaintiff,

vs.

LUXEGUARD & CO, LLC,
LUXEGUARD ORLANDO LLC, and
SHIRLEY SAENZ,

 Defendants.
_____/

**PLAINTIFF'S NOTICE OF FILING RETURN OF SERVICE
ON DEFENDANT, LUXEGUARD ORLANDO LLC**

 Plaintiff, Irene Gonzalez, files the Return of Service on Defendant, Luxeguard Orlando LLC (served on March 2, 2026).

 Dated this 5th day of March 2026.

              s/*Samuel G. Gonzalez, Esq.*
              Brian H. Pollock, Esq. (174742)
              brian@fairlawattorney.com
              Samuel G. Gonzalez, Esq. (1011323)
              samuel@fairlawattorney.com
              FAIRLAW FIRM
              135 San Lorenzo Avenue, Suite 770
              Coral Gables, Florida 33146
              Tel: 305.230.4884
              *Counsel for Plaintiff*