# VERIFIED RETURN OF SERVICE

Job # MIA29713

### Client Info:
FairLaw Firm
135 San Lorenzo Ave, Suite 770
Coral Gables, FL  33146

### Case Info:

**PLAINTIFF:**
IRENE GONZALEZ
  -versus-
**DEFENDANT:**
LUXEGUARD & CO, LLC

U.S.D.C. FOR THE MIDDLE DISTRICT OF FLORIDA

Court Case # **6:26-CV-423-AGM-LHP**

### Service Info:

**Received by Pamela Bateman:** on February, 26th 2026 at **04:41 PM**
**Service:** I Served **LUXEGUARD ORLANDO LLC c/o Shirley Saenz, its Registered Agent**
With: **SUMMONS, COMPLAINT FOR FLSA OVERTIME WAGE VIOLATION(S)**
by leaving with **BIANCA VARGAS, EMPLOYEE OF REGISTERED AGENT COMPANY**

**At BUSINESS 697 N SEMORAN BOULEVARD SUITE C ORLANDO, FL 32807**
Latitude: **28.554701**,   Longitude: **-81.310363**

On **3/2/2026** at **11:15 AM**
**Manner of Service: CORPORATE**
CORPORATE SERVICE: F.S. 48.081 (1)(a)(b)(c)(d), (2) or (3)

### Served Description:  (Approx)

Age: **35**, Sex: **Female**, Race: **Hispanic**, Height: **5' 7"**, Weight: **130**, Hair: **Black** Glasses: **No**

I **Pamela Bateman** acknowledge that I am 18 years or older, authorized to serve process, in good standing in the jurisdiction wherein the process was served, and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.



_____
**Pamela Bateman**
Lic # **638**

**ACCURATE SERVE PLANTATION**
151 N NOB HILL ROAD SUITE 254
Plantation, FL 33324

Client # Irene Gonzalez vs. Luxeguard & Co, LLC, Luxeguard Orlando LLC, and Shirley Saenz - Case No. 6:26-CV-
Ref # ORL260643

 

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____,
a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):* _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: