UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IRENE GONZALEZ,

                                    CASE NO.: 6:26-CV-423- MOE/HOFFMAN

       Plaintiff,

vs.

LUXEGUARD & CO, LLC,
LUXEGUARD ORLANDO LLC, and
SHIRLEY SAENZ,

       Defendants.
_____/

### PLAINTIFF'S NOTICE OF FILING RETURN OF SERVICE ON DEFENDANT, SHIRLEY SAENZ

Plaintiff, Irene Gonzalez, files the Return of Service on Defendant, Shirley Saenz (served on March 18, 2026).

Dated this 23rd day of March 2026.

                                  s/*Samuel G. Gonzalez, Esq.*
                                  Brian H. Pollock, Esq. (174742)
                                  brian@fairlawattorney.com
                                  Samuel G. Gonzalez, Esq. (1011323)
                                  samuel@fairlawattorney.com
                                  FAIRLAW FIRM
                                  135 San Lorenzo Avenue, Suite 770
                                  Coral Gables, Florida 33146
                                  Tel:   305.230.4884
                                  *Counsel for Plaintiff*