# VERIFIED RETURN OF SERVICE

Job # MIA29714

**Client Info:**

FairLaw Firm
135 San Lorenzo Ave, Suite 770
Coral Gables, FL  33146

**Case Info:**

| | |
|---|---|
| **PLAINTIFF:**<br>IRENE GONZALEZ<br>-versus-<br>**DEFENDANT:**<br>LUXEGUARD & CO, LLC, | U.S.D.C. FOR THE MIDDLE DISTRICT OF FLORIDA<br><br>Court Case # **6:26-CV-423-AGM-LHP** |

**Service Info:**

**Received by Kristin Stryker: on February, 26th 2026** at **04:56 PM**
**Service:** I Served **SHIRLEY PAULIN SAENZ**
With: **SUMMONS, COMPLAINT FOR FLSA OVERTIME WAGE VIOLATION(S)**
by leaving with **SHIRLEY PAULIN SAENZ, PERSONALLY**

**At RESIDENCE 14368 WARD ROAD ORLANDO, FL 32824**
On **3/18/2026** at **07:44 AM**
**Manner of Service: INDIVIDUAL**
F.S. 48.031(1) INDIVIDUAL SERVICE

**Served Description:  (Approx)**

Age: **25**, Sex: **Female**, Race: **Hispanic**, Height: **5' 4"**, Weight: **115**, Hair: **Black** Glasses:  **Yes**

**Service was Attempted on:**

**(1) 3/2/2026** at **01:46 PM**, by **Kristin Stryker** Loc: **14368 WARD ROAD, ORLANDO, FL 32824**
**Notes:** SPOKE WITH SUBJECT OVER THE RING DOORBELL CAMERA, AND SHE STATED THAT SHE'S ALREADY RECEIVED THE
PAPERWORK FROM THIS AT HER OFFICE

**(2) 3/6/2026** at **10:23 AM**, by **Kristin Stryker** Loc: **14368 WARD ROAD, ORLANDO, FL 32824**
**Notes:** THERE WAS NO ANSWER AT THE ADDRESS

**(3) 3/17/2026** at **02:19 PM**, by **Kristin Stryker** Loc: **14368 WARD ROAD, ORLANDO, FL 32824**
**Notes:** SPOKE WITH HER OVER DOORBELL CAMERA AND SHE SAID THAT SHE WILL MEET WITH ME HERE AT HER HOUSE BEFORE
SHE GOES TO WORK IN THE MORNING BEFORE 9 AM SO I WILL BE BACK

I **Kristin Stryker** acknowledge that I am 18 years or older, authorized to serve process, in good standing in the jurisdiction wherein
the process was served, and I have no interest in the above action. Under penalties of perjury, I declare that I have read the
foregoing document and that the facts stated in it are true.





1 of 2

Job # MIA29714



**Kristin Stryker**
Lic # **522**

**ACCURATE SERVE PLANTATION**
151 N NOB HILL ROAD SUITE 254
Plantation, FL 33324

Client # Irene Gonzalez vs. Luxeguard & Co, LLC,
Luxeguard Orlando LLC, and Shirley Saenz - Case No.
6:26-CV-
Ref # ORL260644



2 of 2

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | | |
|---|---|---|
| IRENE GONZALEZ | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  6:26-CV-423 -AGM-LHP |
| | ) | |
| LUXEGUARD & CO, LLC, | ) | |
| LUXEGUARD ORLANDO LLC, and | ) | |
| SHIRLEY PAULIN SAENZ | ) | |
| | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   SHIRLEY PAULIN SAENZ
14368 Ward Road
Orlando, Florida 32824

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Samuel G. Gonzalez, Esq.
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
Tel: (305) 230-4884
samuel@fairlawattorney.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

ErinLAutry

Date:   February 24, 2026

*Signature of Clerk or Deputy Clerk*