UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IRENE GONZALEZ,

    Plaintiff,

vs.

CASE NO.  6:26-CV-423

LUXEGUARD & CO, LLC,
LUXEGUARD ORLANDO LLC, and
SHIRLEY PAULIN SAENZ,

    Defendants.

_____/

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE**, that the undersigned attorney appears as counsel for Defendants, LUXEGUARD & CO, LLC, LUXEGUARD ORLANDO LLC, and SHIRLEY PAULIN SAENZ, and hereby requests that all future pleadings, motions, notices, orders and other documents filed by the parties and the Court be served on Robert A. Sweetapple, Esq. of Sweetapple, Broeker and Miller, P.L.

Respectfully submitted,

SWEETAPPLE, BROEKER & MILLER, PL
*Attorney for Defendants*
4800 N. Federal Highway, Suite D306
Boca Raton, FL 33431
Telephone: (561) 392-1230
E-Mail:pleadings@sweetapplelaw.com

By:    */S/ Robert A. Sweetapple*
ROBERT A. SWEETAPPLE
Florida Bar No. 0296988

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 23rd day of March, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECT system, which will send a notice of electronic filing to all counsel of record to Counsel for the Plaintiff, Samuel G. Gonzales, Esq., and Brian H. Pollock, Esq., Fair Law Firm.

Respectfully submitted,

SWEETAPPLE, BROEKER & MILLER, PL
*Attorney for Defendants*
4800 N. Federal Highway, Suite D306
Boca Raton, FL 33431
Telephone: (561) 392-1230
E-Mail:pleadings@sweetapplelaw.com

By:     */S/ Robert A. Sweetapple*
ROBERT A. SWEETAPPLE
Florida Bar No. 0296988