UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IRENE GONZALEZ,

    Plaintiff,

vs.

LUXEGUARD & CO, LLC,
LUXEGUARD ORLANDO LLC, and
SHIRLEY PAULIN SAENZ,

    Defendants.

_____/

CASE NO.  6:26-CV-423

## DEFENDANTS' CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES

The Defendants, LUXEGUARD & CO, LLC, LUXEGUARD ORLANDO LLC, and SHIRLEY PAULIN SAENZ, by and through undersigned counsel, file this Corporate Disclosure Statement and Certificate of Interested Parties and identify the following:

    a.  Irene Gonzalez, Plaintiff.

    b.  Samuel C. Gonzalez, Esq., Counsel for Plaintiff.

    c.  Brian H. Pollock, Esq., Counsel for Plaintiff.

    d.  Fairlaw Firm, Law Firm Representing Plaintiff.

    e.  Shirley Paulin Sanchez, Defendant

    f.  Luxeguard & Co., LLC, Defendant

    g.  Luxeguard Orlando LLC, Defendant

    h.  Robert A. Sweetapple, Esq., Counsel for Defendant.

    i.  Sweetapple, Broeker, & Miller, PL, Law Firm Representing Defendants.

    j.  Defendant, Luxeguard & Co., LLC discloses there is no publicly held corporation that owns ten percent (10%) or more of its stock.

k. Defendant, Luxeguard Orlando LLC discloses there is no publicly held corporation that owns ten percent (10%) or more of its stock.

These are the only persons, firms, partnerships, or corporations Defendants are aware of at present who have a financial interest in the outcome of this case.

Respectfully submitted,

SWEETAPPLE, BROEKER & MILLER, PL
*Attorney for Defendants*
4800 N. Federal Highway, Suite D306
Boca Raton, FL 33431
Telephone: (561) 392-1230
E-Mail:pleadings@sweetapplelaw.com

By:    */S/ Robert A. Sweetapple*
ROBERT A. SWEETAPPLE
Florida Bar No. 0296988

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of March, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECT system, which will send a notice of electronic filing to all counsel of record to Counsel for the Plaintiff, Samuel G. Gonzales, Esq., and Brian H. Pollock, Esq., of Fairlaw Firm.

Respectfully submitted,

By:    */S/ Robert A. Sweetapple*
ROBERT A. SWEETAPPLE
Florida Bar No. 0296988