UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IRENE GONZALEZ,

    Plaintiff,

vs.

CASE NO.  6:26-CV-423

LUXEGUARD & CO, LLC,
LUXEGUARD ORLANDO LLC, and
SHIRLEY PAULIN SAENZ,

    Defendants.

_____/

## NOTICE OF DESIGNATION OF LEAD COUNSEL

The undersigned counsel hereby gives notice that, pursuant to Local Rule 2.02 and for purposes of this action, ROBERT A. SWEETAPPLE, ESQ., is designated as lead counsel for Defendants, LUXEGUARD & CO, LLC, LUXEGUARD ORLANDO LLC, and SHIRLEY PAULIN SAENZ.   Lead Counsel shall be responsible for coordination of the case, including but not limited to:

- Communication with the Court and opposing counsel;

- Scheduling, filings, and compliance with Court orders; and

- Trial preparation and conduct.

The contact information for Lead Counsel is as follows:

ROBERT A. SWEETAPPLE, ESQ.
SWEETAPPLE, BROEKER & MILLER, PL
4800 N. Federal Highway, Suite D306
Boca Raton, FL 33431
Telephone: (561) 392-1230
pleadings@sweetapplelaw.com
rsweetapple@sweetapplelaw.com
paralegal@sweetapplelaw.com
cvitale@sweetapplelaw.com
*Counsel for Defendants*

Respectfully submitted,

SWEETAPPLE, BROEKER & MILLER, PL
*Attorney for Defendants*
4800 N. Federal Highway, Suite D306
Boca Raton, FL 33431
Telephone: (561) 392-1230
E-Mail:pleadings@sweetapplelaw.com

By:      */S/ Robert A. Sweetapple*
ROBERT A. SWEETAPPLE
Florida Bar No. 0296988

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of March, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECT system, which will send a notice of electronic filing to all counsel of record to Counsel for the Plaintiff, Samuel G. Gonzales, Esq., and Brian H. Pollock, Esq., Fair Law Firm.

Respectfully submitted,

SWEETAPPLE, BROEKER & MILLER, PL
*Attorney for Defendants*
4800 N. Federal Highway, Suite D306
Boca Raton, FL 33431
Telephone: (561) 392-1230
E-Mail:pleadings@sweetapplelaw.com

By:      */S/ Robert A. Sweetapple*
ROBERT A. SWEETAPPLE
Florida Bar No. 0296988