UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IRENE GONZALEZ,

                      CASE NO.: 6:26-CV-423-MOE/HOFFMAN

      Plaintiff,

vs.

LUXEGUARD & CO, LLC,
LUXEGUARD ORLANDO LLC,
AND SHIRLEY SAENZ,

      Defendants.
_____/

## UNOPPOSED MOTION TO WITHDRAW SAMUEL G. GONZALEZ, ESQ. AS COUNSEL FOR PLAINTIFF

Samuel G. Gonzalez, Esq., requests that the Court grant him permission to withdraw as counsel for Plaintiff, Irene Gonzalez, based on the lack of opposition and the following good cause:

1. Samuel G. Gonzalez, Esq., is no longer affiliated with FairLaw Firm, and no longer has an interest in the outcome of this action. Brian H. Pollock, Esq., and FairLaw Firm continue to represent the Plaintiff in this action.

2. Samuel G. Gonzalez, Esq., thus requests that the Court enter an Order permitting him to withdraw as counsel for Plaintiff, Irene Gonzalez, and that the undersigned be relieved of any further responsibility in this action.

1

Coral Gables, Florida │ Detroit, Michigan
FairLaw Firm

3.      The undersigned has conferred with defense counsel, who does not oppose the withdrawal.

WHEREFORE, Samuel G. Gonzalez, Esq., requests this Court to enter an Order granting leave to withdraw as counsel for Plaintiff and to relieve him of all further responsibilities in this matter based on the good cause shown above and the lack of opposition.

Respectfully submitted this 2nd day of April 2026.

<u>Samuel G. Gonzalez, Esq.</u>
Samuel G. Gonzalez, Esq. (1011323)
samuel@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Ave
Suite 770
Coral Gables, FL 33146
Tel:   305.230.4884
*Counsel for Plaintiff*

Coral Gables, Florida │ Detroit, Michigan
FairLaw Firm