UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IRENE GONZALEZ,

                                        CASE NO.: 6:26-CV-423-MOE/HOFFMAN

        Plaintiff,

vs.

LUXEGUARD & CO, LLC,
LUXEGUARD ORLANDO LLC,
AND SHIRLEY SAENZ,

        Defendants.
_____/

## ORDER GRANTING MOTION TO WITHDRAW SAMUEL G. GONZALEZ, ESQ. AS COUNSEL FOR PLAINTIFF

**THIS CAUSE**, having come before the Court on the Motion to Withdraw as Counsel for Plaintiff, Irene Gonzalez, and the Court having considered the Motion and being fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**:

1. Samuel G. Gonzalez, Esq. is granted permission to withdraw as counsel for Plaintiff, Irene Gonzalez, and is relieved of all responsibilities in this matter to Defendants;

2. Brian H. Pollock, Esq. and FairLaw Firm shall continue to represent Plaintiff, Irene Gonzalez, in this action. *(Note: No 30-day stay is required since the plaintiff retains ongoing representation.)*

**DONE AND ORDERED** in Chambers, at Orlando, Florida, on this __ day of April 2026.

_____
ANNE-LEIGH GAYLORD MOE
UNITED STATES DISTRICT JUDGE


Copies Furnished
Counsel of Record by CM/ECF
Juan-Pablo Mejia, juan.mejia033@gmail.com