# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

IRENE GONZALEZ,

      Plaintiff,

v.                                                                Case No.:  6:26-cv-00423-AGM-LHP

LUXEGUARD & CO, LLC,
LUXEGUARD ORLANDO LLC,
SHIRLEY PAULIN SAENZ,

      Defendants,

_____

## ORDER

Before the Court is an Unopposed Motion to Withdraw Samuel G. Gonzalez, Esq. as Counsel for Plaintiff.  Doc. No. 18.  Upon review, the motion is **DENIED without prejudice** for failure to comply with Local Rule 2.02(c)(1).  The Court notes that the motion also fails to include a separate certification as required by Local Rule 3.01(g)(2).

**DONE** and **ORDERED** in Orlando, Florida on April 2, 2026.

_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record

-1-