UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IRENE GONZALEZ,

                                CASE NO.: 6:26-CV-423-MOE/HOFFMAN

        Plaintiff,

vs.

LUXEGUARD & CO, LLC,
LUXEGUARD ORLANDO LLC,
AND SHIRLEY SAENZ,

        Defendants.
_____/

## <u>UNOPPOSED MOTION TO WITHDRAW SAMUEL G. GONZALEZ, ESQ. AS COUNSEL FOR PLAINTIFF</u>

Samuel G. Gonzalez, Esq., requests that the Court grant him permission to withdraw as counsel for Plaintiff, Irene Gonzalez, based on the lack of opposition and the following good cause:

1. Samuel G. Gonzalez, Esq., is no longer affiliated with FairLaw Firm, and no longer has an interest in the outcome of this action.

2. Brian H. Pollock, Esq., and FairLaw Firm continue to represent the Plaintiff in this action.

Coral Gables, Florida | Detroit, Michigan
FairLaw Firm

3. Pursuant to Middle District of Florida Local Rule 2.02(c)(1), the undersigned certifies that Plaintiff, Irene Gonzalez, has provided written consent to this withdrawal.

4. Samuel G. Gonzalez, Esq., thus requests that the Court enter an Order permitting him to withdraw as counsel for Plaintiff, Irene Gonzalez, and that the undersigned be relieved of any further responsibility in this action.

WHEREFORE, Samuel G. Gonzalez, Esq., requests this Court to enter an Order granting leave to withdraw as counsel for Plaintiff and to relieve him of all further responsibilities in this matter based on the good cause shown above and the lack of opposition.

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Middle District of Florida Local Rule 3.01(g)(2), the undersigned certifies that counsel for Plaintiff conferred with counsel for Defendants, Robert A. Sweetapple, Esq., regarding the relief requested in this motion. Defense counsel indicated that Defendants do not oppose the withdrawal.

Respectfully submitted this 3rd day of April 2026.

Samuel G. Gonzalez, Esq.
Samuel G. Gonzalez, Esq. (1011323)
samuel.gonzalez28@gmail.com
126 Antiquera Ave
Coral Gables, FL 33134

2

Tel:    954-632-0288
*Counsel for Plaintiff*

Coral Gables, Florida | Detroit, Michigan
FairLaw Firm