# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

IRENE GONZALEZ,

      Plaintiff,

     v.                       Case No.:  6:26-cv-00423-AGM-LHP

LUXEGUARD & CO, LLC,
LUXEGUARD ORLANDO LLC,
SHIRLEY PAULIN SAENZ,

      Defendants,

## ORDER

Before the Court is an Unopposed Motion to Withdraw Samuel G. Gonzalez, Esq. as Counsel for Plaintiff. Doc. No. 20. Upon consideration, the motion is **GRANTED**. Samuel G. Gonzalez, Esq. is **TERMINATED** as counsel for Plaintiff. Plaintiff remains represented by other counsel of record.

**DONE** and **ORDERED** in Orlando, Florida on April 3, 2026.

_____

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record

-1-