UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:26-CV-423-MOE/HOFFMAN

IRENE GONZALEZ,

     Plaintiff,

vs.

LUXEGUARD & CO, LLC,
LUXEGUARD ORLANDO LLC,
AND SHIRLEY SAENZ,

     Defendants.
_____/

## <ins>NOTICE OF APPEARANCE AS COUNSEL FOR PLAINTIFF</ins>

Katelyn Schickman, Esq., of the FairLaw Firm, notifies the Court and all parties of her appearance in this action as counsel for Plaintiff, Irene Gonzalez, in this action and requests that all pleadings, correspondence, and documents related to this matter be served on her at the below address / email address.

Dated this 9th day of April 2026.

s/Katelyn Schickman, Esq.
Katelyn Schickman, Esq. (1064879)
katie@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue

Suite 770
Coral Gables, FL 33146
Tel:  305.230.4884
*Counsel for Plaintiff*