UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

IRENE GONZALEZ,

CASE NO.: 6:26-CV-423-MOE/HOFFMAN

Plaintiff,

vs.

LUXEGUARD & CO, LLC,
LUXEGUARD ORLANDO
LLC, AND SHIRLEY SAENZ,

Defendants.
_____/

## NOTICE OF FILING ANSWERS TO COURT'S INTERROGATORIES

1. During what period of time were you employed by the Defendant?

**Answer:** **Approximately January 14, 2024, through June 25, 2025.**

2. Who was your immediate supervisor?

**Answer:** **My immediate supervisor was Shirley Saenz.**

3. Did you have a regularly scheduled work period? If so, specify.

**Answer:** **Defendants set my work schedule. I was required to open and close the office each workday and be present and available throughout the business day. My hours and schedule were directed by Shirley Saenz, but were usually from 8 am to 7 pm Monday to Saturday and 10 am to 5 pm on Sundays.**

4. What was your title or position? Briefly describe your job duties.

**Answer:** **From approximately January 15, 2024, to October 15, 2024, I worked as a Tax Preparer. As a Tax Preparer, I met with clients, conducted client intakes, prepared tax refund documents, and submitted them after each client reviewed and approved them.**

> **From approximately October 16, 2024, to June 25, 2025, I was a Personal Assistant to Ms. Saenz. In this position, I opened and closed the office, answered the phones, and completed whatever tasks or errands that Ms. Saenz assigned to me.**

5. What was your regular rate of pay?

> **Answer:** **While working as a Tax Preparer, Defendants agreed to pay me a commission of 20% of the fees collected for each tax return I prepared.**
>
> **Defendants agreed to pay me $15.00 per hour, plus a commission on each tax return I prepared, while working as Ms. Saenz's personal assistant.**

6. Provide an accounting of your claim, including:

(a) dates:

**Approximately October 2024 through June 2025.**

(b) regular hours worked:

**40 hours per week.**

(c) overtime hours worked:

**I estimate I worked about 60 hours of overtime a week.**

(d) pay received versus pay claimed:

**Regular rate of pay: $15.00 per hour**

**Overtime rate owed: $22.50 per hour**

**Pay received: Defendants paid me regular wages via Zelle but did not pay any additional overtime wages for hours worked beyond 40 in any workweek.**

**Unpaid overtime premium owed per workweek:**

2

60 OT hours x $7.50/hr owed = $450.00 OT owed/workweek.

(e) total amount claimed:

Unpaid Overtime: 37 weeks x $450 OT owed/workweek = $16,650.00

Liquidated Damages: $15,650.00

Total: $33,300.00 (OT wages + Liquidated Damages)

7. When did you (or your attorney) first complain to your employer about alleged violations of the FLSA?

>  Answer:    The filing of this lawsuit on February 23, 2026, constitutes the first formal FLSA complaint made against Defendants.

8. Was this complaint written or oral? (If a written complaint, please attach a copy).

>  Answer:    The formal complaint is the written lawsuit filed on February 23, 2026, in the United States District Court for the Middle District of Florida, Case No.: 6:26-cv-423.

9. What was your employer's response? (If a written response, please attach a copy).

>  Answer:    Defendants' response is filed at DE 10.

10. Did you maintain any records of the hours you worked? If so, identify all such records.

>  Answer:    Yes. I kept the following records relevant to the hours I worked:
>
>    - Photographs of the office scheduling spreadsheet reflecting my assigned hours alongside other employees' hours;
>    - Screenshots of the wage payments Defendants made to me via Zelle;
>    - Navy Federal Credit Union account statements reflecting deposits consistent with my wage payments;

3

- Written messages between me and Shirley Saenz confirming my duties, hours worked, and daily work instructions; and
- The 1099 Luxegaurd Group Inc. for money paid to me in 2025

By _____
**Irene Gonzalez**

STATE OF FLORIDA
COUNTY OF __ORANGO__

**BEFORE ME**, the undersigned authority, on this day, ~~personally~~ *Remotely* appeared

**Irene Gonzalez**, who being first duly sworn, deposes and says that she has read

the foregoing Answers to Interrogatories, knows the contents of same, and to the

best of her knowledge and belief, the same are true and correct.

**SWORN TO AND SUBSCRIBED** before me on this 5th day of

__May__, 2026.

NOTARY PUBLIC

Print Name: _____
Signature of Person Taking Acknowledgment
Notary Public
Serial No. (if any):
Commission Expires:



BRIAN H. POLLOCK
MY COMMISSION #HH246494
EXPIRES: MAY 20, 2026
Bonded through 1st State Insurance

4