UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

IRENE GONZALEZ,

CASE NO.: 6:26-CV-423-MOE/HOFFMAN

　　　Plaintiff,

vs.

LUXEGUARD & CO, LLC,
LUXEGUARD ORLANDO LLC,
AND SHIRLEY SAENZ,

　　　Defendants.

_____/

## NOTICE OF CHARGING LIEN
## BY FAIRLAW FIRM

Please take notice that FairLaw Firm asserts an attorney's charging lien based upon legal services performed and costs incurred by the above law firm in connection with the representation of Plaintiff, Irene Gonzalez, in this action.

All interested or affected parties and persons are notified of this Charging Lien and of FairLaw Firm's intent to recover its attorney's fees and advanced costs in this matter, as well as such other relief as the Court deems just, necessary, and proper, against any recovery or proceeds obtained by Plaintiff.

Coral Gables, Florida | Detroit, Michigan
FairLaw Firm

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served through filing in the U.S. District Court's CM/EDF System on this 1st day of June 2026, which will serve on all who appeared in this action, and by email on Plaintiff, Irene Gonzalez, at irgota12@gmail.com.

Brian H. Pollock, Esq.
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Ave
Suite 770
Coral Gables, FL 33146
Tel:    305.230.4884
*Counsel for Plaintiff*
