UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IRENE GONZALEZ,

     Plaintiff,

v.                                                                  Case No. 6:26-cv-00423-AGM-LHP

LUXEGUARD & CO, LLC,
LUXEGUARD ORLANDO LLC,
and SHIRLEY SAENZ,

     Defendants.

_____/

## JOINT MOTION TO SUBSTITUTE COUNSEL

The undersigned counsel, pursuant to Local Rule 2.02(c)(4), request entry of an order authorizing Samuel Gonzalez of Remer, Georges-Pierre, & Hoogerwoerd, PLLC, to substitute in for Brian H. Pollock and Katelyn Shickman of FairLaw Firm, as counsel of record for Plaintiff, Irene Gonzalez. Upon entry of an order granting this motion, Samuel Gonzalez will be counsel of record for Irene Gonzalez, and Brian H. Pollock and Katelyn Shickman will be relieved from all further responsibility in this case, other than as related to the Charging Lien filed herein.

By signing below, counsel certify that Irene Gonzalez has consented to the substitution of counsel and entry of an order granting this motion.

June 1, 2026

Respectfully submitted,

*s/ Samuel G. Gonzalez, Esq.*
Samuel G. Gonzalez, Esq.
Florida Bar No.: 1011323
samuel.gonzalez@rgph.law
REMER, GEORGES-PIERRE
& HOOGERWOERD, PLLC
2745 Ponce de Leon Boulevard
Coral Gables, Florida 33134
Tel: (305) 416-5000

*s/Brian H. Pollock, Esq.*
Brian H. Pollock, Esq.
Florida Bar No.: 174742
brian@fairlawattorney.com
Katelyn Schickman, Esq.
Florida Bar No.: 1064879
katie@fairlawattorney.com
FairLaw Firm
135 San Lorenzo Avenue
Coral Gables, Florida 33146
Tel: (305) 230-4822