UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IRENE GONZALEZ,

     Plaintiff,

v.                           Case No. 6:26-cv-00423-AGM-LHP

LUXEGUARD & CO, LLC,
LUXEGUARD ORLANDO LLC,
and SHIRLEY SAENZ,

     Defendants.

_____/

### PLAINTIFF'S NOTICE OF STRIKING

The Plaintiff, Irene Gonzalez, notifies the Court and all parties of the striking of the Joint Motion to Substitute Attorney [ECF No. 29] due to the scrivener's errors contained therein.

Respectfully submitted this 1st day of June 2026,

> *s/ Samuel G. Gonzalez, Esq.*
> Samuel G. Gonzalez, Esq.
> Florida Bar No.: 1011323
> samuel.gonzalez@rgph.law
> REMER, GEORGES-PIERRE
> & HOOGERWOERD, PLLC
> 2745 Ponce de Leon Boulevard
> Coral Gables, Florida 33134
> Tel: (305) 416-5000