UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IRENE GONZALEZ,

     Plaintiff,

v.                        Case No. 6:26-cv-00423-AGM-LHP

LUXEGUARD & CO, LLC,
LUXEGUARD ORLANDO LLC,
and SHIRLEY SAENZ,

     Defendants.

_____/

## **<u>UNOPPOSED JOINT MOTION TO SUBSTITUTE COUNSEL</u>**

The undersigned counsel, pursuant to Local Rule 2.02(c)(4), request entry of an order authorizing Samuel Gonzalez of Remer, Georges-Pierre, & Hoogerwoerd, PLLC, to substitute as counsel of record for Plaintiff, Irene Gonzalez, in place of Brian H. Pollock and Katelyn Shickman of FairLaw Firm. Upon entry of an order granting this motion, Samuel Gonzalez will be counsel of record for Plaintiff, Irene Gonzalez, and Brian H. Pollock and Katelyn Shickman will be relieved from all further responsibility in this case, other than as related to the Charging Lien filed herein.

By signing below, counsel certify that Irene Gonzalez has consented to the substitution of counsel and entry of an order granting this motion.

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Middle District of Florida Local Rule 3.01(g)(2), the undersigned certifies that counsel for Plaintiff conferred with counsel for Defendants regarding the relief requested in this motion and represents that defense counsel do not oppose the relief requested herein.

Respectfully submitted this 1st day of June 2026,

*s/ Samuel G. Gonzalez, Esq.*
Samuel G. Gonzalez, Esq.
Florida Bar No.: 1011323
samuel.gonzalez@rgph.law
REMER, GEORGES-PIERRE
& HOOGERWOERD, PLLC
2745 Ponce de Leon Boulevard
Coral Gables, Florida 33134
Tel: (305) 416-5000

*s/ Brian H. Pollock, Esq.*
*s/ Katelyn Schickman, Esq.*
Brian H. Pollock, Esq.
Florida Bar No.: 174742
brian@fairlawattorney.com
Katelyn Schickman, Esq.
Florida Bar No.: 1064879
katie@fairlawattorney.com
FairLaw Firm
135 San Lorenzo Avenue
Coral Gables, Florida 33146
Tel: (305) 230-4884